(92 South. 925)

HOLDERFIELD v. STATE. (7 Div. 826.) (Court of Appeals of Alabama. June 13, 1922.) Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge. Vester S. Garrett, of Pell City, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error apparent of record. Affirmed.

———

(93 South. 925)

HOLLAND v. CITY OF ANNISTON. (7 Div. 799.) (Court of Appeals of Alabama. June 6, 1922.) Appeal from Circuit Court, Calhoun County; A. P. Agee, Judge. P. F. Wharton, of Anniston, for appellant. S. W. Tate, of Anniston, for appellee.

SAMFORD, J. Affirmed, on authority of Macon v. City of Anniston, ante, p. 552, 92 South, 913.

———

(93 South. 926)

HOLLOWAY v. STATE. (2 Div. 262.) (Court of Appeals of Alabama. June 30, 1922.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no errors appear of record. Affirmed.

———

(91 South. 925)

HUBBARD v. STATE. (6 Div. 27.) (Court of Appeals of Alabama. Jan. 17, 1922.) Appeal from Circuit Court, Jefferson County; W. E. Fort, Judge. James Esdale, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for appellee.

SAMFORD, J. Appeal dismissed at request of appellant.

———

(88 South. 924)

HUGHES v. STATE. (7 Div. 642.) (Court of Appeals of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

———

(91 South. 925)

HUGHES v. STATE. (1 Div. 429.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. T. J. Touart, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

———

(89 South. 925)

HUMPHREY v. STATE. (6 Div. 891.) (Court of Appeals of Alabama. May 10, 1921.)

18 Ala.App.—44

Appeal from Circuit Court, Jefferson County; W. J. Martin, Judge. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

———

(91 South. 926)

HURT v. STATE. (7 Div. 729.) (Court of Appeals of Alabama. Jan. 21, 1922.) Appeal from the Circuit Court, Cleburne County; A. P. Agee, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed on certificate.

———

(92 South. 925)

JAMES v. STATE. (1 Div. 441.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error of record. Affirmed.

———

(88 South. 924)

JEFFREYS v. STATE. (8 Div. 727.) (Court of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Lawrence County; O. Kyle, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

———

(93 South. 926)

JENKINS v. STATE. (6 Div. 972.) (Court of Appeals of Alabama. May 9, 1922.) Appeal from Circuit Court, Jefferson County; A. B. Foster, Judge. Ben F. Ray, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Burglary and grand larceny. No bill of exceptions, and no error apparent of record. Affirmed.

———

(93 South. 926)

JOHNSON v. STATE. (6 Div. 28.) (Court of Appeals of Alabama. June 6, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. No bill of exceptions, and no error apparent upon the record. Affirmed.

———

(89 South. 925)

JONES v. GULF STATE STEEL CORPORATION. (6 Div. 792.) (Court of Appeals of Alabama. April 21, 1921.) Appeal from Circuit Court, Blount County; W. J. Martin, Judge.

PER CURIAM. Appeal dismissed for want of prosecution. See, also, 205 Ala. 291, 88 South. 21.